## INDEX TO EXHIBITS

| | |
|---|---|
| Exhibit A | Status Conference Transcript, Page 2 at 7-10 (June 17, 2021) |
| Exhibit B | Status Conference Transcript, Page 3 at 3-5 (June 17, 2021) |
| Exhibit C | Status Conference Transcript, Page 3 at 24-25 and 4 at 1 (June 17, 2021) |
| Exhibit D | Status Conference Transcript, Page 5 at 21-25 and 6 at 1-5 (July 9, 2021) |
| Exhibit E | Defendant Letter to Government re Rule 16 Discovery (September 23, 2021) |
| Exhibit F | Government Letter to Defendant re Afford Defendants Opportunity to Raise Objections to Proposed Discovery Course of Action (January 11, 2022) |
| Exhibit G | Defendant Email to Government re Defendant's Renewal of Rule 16 Discovery Request (January 25, 2022) |
| Exhibit H | Defendant Letter to Government re Defendant's Renewal of Rule 16 Discovery Request and Disagreement of Government Meeting its Rule 16 Obligations (January 28, 2022) |
| Exhibit I | Counsel for Frances Cabasso, Kenneth Kaplan Email to Government Requesting Government Correct the Record (Paragraph 27 of the Indictment) With Respect to the Erroneous Statement of "Aventura was Awarded Several WOSB Set-Aside Contracts from the Government (January 30, 2022) |
| Exhibit J | Defendant FOIA Request of the GSA to Provide Aventura Federal Procurement Data System Award Information (FPDS) Request Number GSA-2022-000709 (March 8, 2022) |
| Exhibit K | Government *"Full Grant"* to Defendant FOIA Request of the GSA to Provide Aventura Federal Procurement Data System Award Information (FPDS) Request Number GSA-2022-000709 (March 25, 2022) |
| Exhibit L | Government Response to Defendant Requesting the Court Grant Permission to Issue Rule 17(c) Subpoenas (March 24, 2022) |
| Exhibit M | Defendant Response to Government Request for Discovery Conference (March 24, 2022) |
| Exhibit N | Organizations Opposing the National Defense Authorization Act (NDAA) Section 889 Letter to U.S. Congress (July 15, 2020) |
| Exhibit O | GSA MAS 84: Total Solutions for Law Enforcement, Security, Facilities Management, Fire and Rescue Information Sheet |
| Exhibit P | Photograph of CD Provided by the Government to Defendant with Handwriting Note on the Sleeve, "*Jack Cabasso Provided Documents 1-14-2020.* |

| | |
|---|---|
| Exhibit Q | U.S. Cybersecurity & Infrastructure Security Agency ("CISA") Hikvision Security Advisory Titled, *"RCE Vulnerability in Hikvision Cameras (CVE-2021-36260)"* (September 28, 2021) |
| Exhibit Q2 | Hikvision GSA Schedule Holder Listing on GSA of Hikvision – One Referenced Switzerland and another in Taiwan at November 7, 2020 and April 7, 2022. |
| Exhibit R | Internet Protocol Video Management (IPVM) Article Titled, *"US Military & Gov't Break Law, Buy Banned Dahua/Lorex, Congressional Committee Calls for Investigation."* (December 1, 2021) |
| Exhibit S | U.S. Attorney's Office (EDNY) Pre-Indictment Press Release Titled, *Aventura Technologies, Inc. and its Senior Management Charged with Fraud, Money Laundering and Illegal Importation of Equipment Manufactured in China* (November 7, 2019) |
| Exhibit T | Federal Procurement Data System (FPDS) Database Record for Aventura's Department of Energy (DOE) Contract Award (89243118FSC400095) (September 21, 2018) |
| Exhibit U | USASPENDING.gov Database Record for Aventura's Department of Energy (DOE) Contract Award (89243118FSC400095) (September 21, 2018) |
| Exhibit V | USASPENDING.gov Database Record Filtered Search for Aventura U.S. Government Contract Awards |
| Exhibit W | USASPENDING.gov Database Records Filtered Search for Aventura U.S. Government Contract Awards Filtered For Woman-Owned Small Business (WOSB) *"Set-Asides"* |
| Exhibit X | Floor Plan of Aventura Facility as Sketched by IRS CI Special Agent David Darjania During Execution of Search Warrants (November 7, 2019) |
| Exhibit Y | Frozen Image of Aventura Security Monitor Attached to Aventura Security Recorders When Unplugged (November 7, 2019) |
| Exhibit Z | Status Conference Transcript, Pg. 14 at 4-17. Pg. 16 at 22-25, and Pg. 17 at 1-5, (June 17, 2021) |
| Exhibit AA | Boies Schiller Flexner's Managing Partner Matthew L. Schwartz, Biography |
| Exhibit BB | Aventura vs. Trimble Inc. Summons and Motion for Summary Judgment (June 9, 2021) |
| Exhibit CC | Affirmation of Matthew L. Schwartz in Support of Defendant Trimble Inc.'s Opposition to Motion for Summary Judgment in Lieu of Complaint (September 9, 2021) |
| Exhibit DD | Aventura Technologies, Inc. Certificate of Incorporation (December 12, 2000) |

| | |
|---|---|
| Exhibit EE | Northport Realty Group LLC Closing Statements (February 14, 2018) (August 30, 2018) (July 1, 2019) |
| Exhibit FF | Frances Cabasso Real Estate Loan Closing Documents and Records (2017) |
| Exhibit GG | Defendant Letter to Prosecutor Requesting Consent of the Government for Modifications of Conditions of Release of Defendant (December 9, 2021) |
| Exhibit HH | Initial Appearance Transcript Page 5 at 14-25 (November 7, 2019) |