

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

December 20, 2023

T 212.370.6240
F 212.218.2200
KMNawaday@Venable.com

**By ECF**

Honorable Arlene R. Lindsay
United States Magistrate Judge
 For the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    U.S. v. Jonathan Lasker - 19 Cr. 582 (JMA)(ARL) --  Travel Request

Dear Judge Lindsay,

    On behalf of Defendant Jonathan Lasker, I respectfully request that Mr. Lasker be granted permission to travel as follows:

    **December 29, 2023 through January 1, 2024**
    Lake Harmony, PA
    (family trip to a friend's home)

    Mr. Lasker was released on bail with conditions, including travel restrictions.

    AUSA Alexander Mindlin and Pre-Trial Services Officer Robert Stehle do not have any objection to this travel request. Accordingly, I respectfully request that the Court grant Mr. Lasker's travel request, and thank the Court for considering this application.

                            Respectfully submitted,

                            /s/ Kan M. Nawaday

                          _____

                          Kan M. Nawaday
                          *Counsel for Defendant Jonathan Lasker*

Cc: AUSAs Alexander Mindlin & Kayla Bensing (By ECF)
    PTS Officer Robert Stehle (By Email)