UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>FINAL ORDER OF FORFEITURE</u> |
| - against - | 19-CR-582 (JMA) |
| AVENTURA TECHNOLOGIES, INC, | |
| Defendant. | |

FILED
CLERK
4:03 pm, Jul 08, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

- - - - - - - - - - - - - - - - X

WHEREAS, on or about March 19, 2024, Aventura Technologies, Inc (the "defendant"), entered a plea of guilty to the Counts One, Two, and Three of the above-captioned Indictment, charging violations of 18 U.S.C. §§ 1349 and 545;

WHEREAS, on April 2, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in the following assets (collectively, the "Forfeited Assets"):

(a) all funds seized on or about November 7, 2019, from Chase Bank Account No. 438190964, held in the name of or for the benefit of AVENTURA TECHNOLGIES, INC., plus any and all accrued interest and all proceeds traceable thereto;

(b) all funds seized on or about November 7, 2019, from Chase Bank Account No. 3043875656, held in the name of or for the benefit of AVENTURA TECHNOLOGIES, INC., Plus any and all accrued interest and all proceeds traceable thereto;

(c) all funds seized on or about November 7, 2019, from Citibank, N.A. Account No. 6780865984, held in the name of the Northport Group, Inc., an entity owned and controlled by FRANCES CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(d) all funds seized on or about November 7, 2019, from Citibank, N.A. Account No. 4984748270, held in the name of or for the benefit of

(e)    all funds seized on or about November 7, 2019, from Citibank, N.A. Account No. 4984748262, held in the name of or for the benefit of FRANCES CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(f)    all funds seized on or about November 7, 2019, from Bank of America Account No. 00728738132, held in the name of or for the benefit of FRANCES CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(g)    all funds seized on or about November 7, 2019, from Bank of America Account No. 009423049536, held in the name of or for the benefit of FRANCES CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(h)    all funds seized on or about November 7, 2019, from Merrill Lynch Investment Account No. 8J1-11866, held in the name of or for the benefit of FRANCES CABBASSO, plus any and all accrued interest and all proceeds traceable thereto;

(i)    all funds seized on or about November 7, 2019, from Merrill Lynch Investment Account No. 8J1-11867, held in the name of or for the benefit of FRANCES CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(j)    all funds seized on or about November 7, 2019, from Chase Bank Account No. 36722673, held in the name of or for the benefit of FRANCES CABASSO and/or JACK CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(k)    all funds seized on or about November 7, 2019, from Chase Bank Account No. 3769109589, held in the name of or for the benefit of FRANCES CABASSO and/or JACK CABASSO, plus any and all accrued interest and all proceeds traceable thereto;

(l)    all funds seized on or about November 7, 2019, from the defendant Aventura Technologies, Inc.'s 401(K) Profit Sharing Plan and Trust Number 166374, plus any and all accrued interest, maintained by Paychex, Inc. and administered by the Mid-Atlantic Trust Company, held in the name of or on behalf of FRANCES CABASSO, and all proceeds traceable thereto;

(m) approximately thirty-two thousand, nine hundred eleven dollars and zero cents ($32,911.00) in cash U.S. currency, gift cards, and U.S. savings bonds seized on or about November 7, 2019, from JACK CABASSO's and FRANCES CABASSO's residence, and all proceeds traceable thereto;

(n) the real property and premises known as 48 Mall Drive, Commack New York 11725, title to which is held in the name of Northport Realty Group, LLC, an entity owned and controlled by JACK CABASSO and/or FRANCES CABASSO, and all proceeds traceable thereto; and

(o) the items listed in Schedule A, which were seized from 48 Mall Drive, Commack, New York 11725 and 1 Lady Janes Way, Northport, New York 11768, pursuant to search warrants dated November 6, 2019,

are forfeitable to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2), and 28 U.S.C. § 2461(c) as: (a) any property, real or personal, constituting or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1349; (b) any property constituting, or derived from proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 545; and/or (c) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) (Docket Entry No. 342);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning January 22, 2024, through and including February 20, 2024 (Docket Entry No. 346); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2), 21 U.S.C. § 853(p),

and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Forfeited Assets are hereby condemned, forfeited, and vested in the United States of America.

       IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Assets in accordance with all applicable laws and regulations.

       IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

       IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

       IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, Attn: Nicole Brown, ProMinds Paralegal, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Central Islip, New York
 July 8 , 2024

SO ORDERED:

/s/ JMA
HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

# SCHEDULE A

| Description | Serial Number | # of Items | Item # |
|---|---|---|---|
| Nintendo Video Recorders Digital Video Recorder | 1708026871708280001 1708026871708310001 1708026871708310002 | 3 | 1B314 |
| Digital Video Recorder 2Mp Camera No Original Marking | 1708026871708310000 | 1 | 1B313 |
| Constellation Es Hard Drive | 59KM | 1 | 1B307 |
| Aventura Technologies Thumb Drives | | 46 | 1B306 |
| Body Cameras | | 2 | 1B293 |
| Kingston Thumb Drive - 16GB | | 1 | 1B290 |
| Exchange Server | | 1 | 1B289 |
| Dell Laptop and Power Cord | | 1 | 1B288 |
| Constellation Es Hard Drive | Z1N384TT | 1 | 1B287 |
| Maxtor Hard Drive | K40V8MGC | 1 | 1B286 |
| Seagate Hard Drive | 532XJ9ADC00743 | 1 | 1B285 |
| Seagate Constellation Hard Drive Es.3 | Z1W4FLRQ | 1 | 1B284 |
| Sea Gate Hard Drive - Momentus Xt - 500 GB | 5YX09Y1A | 1 | 1B283 |
| Seagate Hard Drive | Z1N39N69 | 1 | 1B282 |
| Western Digital Hard Drive (Model Number Wd1003Fbyx) | WCAW32035221 | 1 | 1B281 |
| Western Digital Hard Drive - 1.0 Tb | WMAW31266935 | 1 | 1B280 |
| Seagate Constellation Es.3 Hardrive (Model Number St4000Nm0033) | SIZOHKKL | 1 | 1B279 |
| Dell Laptop Xps | | 1 | 1B278 |
| Hard Drive | Z1N3Y4HC | 1 | 1B277 |
| Hard Drive | Z1W4RTYK | 1 | 1B276 |
| Wd Scorpio Black Harddrive | WXMY08LE1779 | 1 | 1B274 |
| Seagate Hard Drive 1500 GB | 9VS172AN | 1 | 1B273 |
| Seagate Enterprise 35 Hdd | ZAD2703X | 1 | 1B272 |
| Western Digital Hard Drive | DSBHNAJAH | 1 | 1B271 |
| Hitachi Hard Drive | BM3648 | 1 | 1B270 |
| Seagate Hard Drive | 9VP288A6 | 1 | 1B269 |
| Seagate Hard Drive | Z1ZAHCHR | 1 | 1B268 |
| Seagate Hard Drive | Z1N2NNVC | 1 | 1B267 |
| Seagate Hard Drive | Z1N4P7NY | 1 | 1B265 |
| Hard Drive | | 1 | 1B264 |
| Thumb Drive | 1164672 | 1 | 1B263 |
| CDs | | 8 | 1B262 |
| Dell Computer Ce0336 | | 1 | 1B261 |
| Hard Drive | | 1 | 1B260 |
| Hard Drive | | 1 | 1B259 |
| Hard Drive | | 1 | 1B258 |
| Hard Drive | | 1 | 1B257 |
| Hard Drive | | 1 | 1B256 |
| Hard Drive | | 1 | 1B255 |
| Hard Drive | | 1 | 1B254 |
| Hard Drive | | 1 | 1B253 |
| Hard Drive | | 1 | 1B252 |
| Hard Drive | | 1 | 1B251 |
| Hard Drive | | 1 | 1B250 |
| Hard Drive | | 1 | 1B249 |
| Hard Drive | | 1 | 1B248 |
| Hard Drive | | 1 | 1B247 |
| Hard Drive | | 1 | 1B246 |
| Hard Drive | | 1 | 1B245 |
| Hard Drive | | 1 | 1B244 |
| Hard Drive | | 1 | 1B243 |
| Hard Drive | | 1 | 1B242 |
| Hard Drive | | 1 | 1B241 |
| Hard Drive | | 1 | 1B240 |
| Hard Drive | | 1 | 1B239 |
| Hard Drive | | 1 | 1B238 |
| Hard Drive | | 1 | 1B237 |

| Description | Serial | Qty | ID |
|---|---|---|---|
| Hard Drive | | 1 | 1B236 |
| Hard Drive | | 1 | 1B235 |
| Hard Drive | | 1 | 1B234 |
| Thumb Drive With Golden Key Win101903 | | 1 | 1B232 |
| Thumb Drive with "Aventura" Label | | 1 | 1B231 |
| Sony Thumb Drive - 8GB | USM8GM 13N27DPEN6 | 1 | 1B230 |
| Thumb Drive with "Aventura" Label | | 1 | 1B229 |
| Thumb Drive with "Aventura" Label | | 1 | 1B228 |
| Purple Thumb Drives | | 1 cellophane | 1B227 |
| Thumb Drives | | 7 | 1B226 |
| Thumb Drives | | 3 | 1B225 |
| Hard Drive | | 1 | 1B224 |
| Hard Drive | | 1 | 1B223 |
| Hard Drive | | 1 | 1B222 |
| Hard Drive | | 1 | 1B221 |
| Hard Drive | | 1 | 1B220 |
| Hard Drive | | 1 | 1B219 |
| Hard Drive | | 1 | 1B218 |
| Hard Drive | ZA18BGEM | 1 | 1B217 |
| Hard Drive | ZA18G303 | 1 | 1B216 |
| Hard Drive | ZA18G8VA | 1 | 1B215 |
| Hard Drive | | 1 | 1B214 |
| Hard Drive | | 1 | 1B213 |
| Hard Drive | ...VHAY | 1 | 1B212 |
| Hard Drive | ...0033 | 1 | 1B211 |
| Hard Drive | ...A5AV | 1 | 1B210 |
| Hard Drive | ...VDRB | 1 | 1B209 |
| Hard Drive | ...HAV2 | 1 | 1B208 |
| Hard Drive | ...9307 | 1 | 1B207 |
| Thumb Drive | | 1 | 1B206 |
| Thumb Drive | | 1 | 1B205 |
| Thumb Drive | | 1 | 1B204 |
| Thumb Drive | | 1 | 1B203 |
| Thumb Drive | | 1 | 1B202 |
| Thumb Drive | | 1 | 1B201 |
| Thumb Drive | | 1 | 1B200 |
| Seagate Hard Drive | | 1 | 1B199 |
| Seagate Hard Drive - Constellation Es | 9WK3M6K1 | 1 | 1B198 |
| Hard Drive | | 1 | 1B197 |
| Hard Drive | | 1 | 1B196 |
| Western Digital Hard Drive | WCAS86824073 | 1 | 1B195 |
| Hard Drive | | 1 | 1B194 |
| Custom Desktop with Aventura Logo | | 1 | 1B193 |
| Dell Laptop Computer and Power Cord | | 1 | 1B192 |
| Hikvision Device | | 1 | 1B189 |
| Aventura Thumb Drive | | 1 | 1B188 |
| iPhone With Clear Case | F17W1Wtpjcl7 | 1 | 1B185 |
| 16 GB San-Disk Thumb Drive | | 1 | 1B183 |
| Aventura Thumb Drive | | 1 | 1B182 |
| Aventura Thumb Drive | | 1 | 1B181 |
| 2GB Aventura Thumb Drive | | 1 | 1B179 |
| 64 GB San-Disk Cruzer | | 1 | 1B178 |
| Thumb Drive | | 1 | 1B177 |
| Thumb Drive | | 1 | 1B171 |
| Thumb Drive | | 1 | 1B170 |
| Thumb Drive | | 1 | 1B169 |
| Thumb Drive | | 1 | 1B168 |
| Camera, Cables And Power Source | | 1 box | 1B156 |
| Seagate Hard Drive | 6VY4AWJS | 1 | 1B155 |
| Hard Drive | | 1 | 1B154 |
| Aventura Fiber Fence | | 1 | 1B153 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B152 |
| Computer Tower with Aventura Technologies Logo | 1801004712 | 1 | 1B151 |

| Item | Serial | Qty | Tag |
|---|---|---|---|
| Computer Tower with Aventura Technologies Logo | | 1 | 1B150 |
| Samsung Computer Tower | 38316297804 | 1 | 1B149 |
| Computer Tower with Aventura Technologies Logo | 1801005062 | 1 | 1B148 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B147 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B146 |
| InspIron Laptop | 5J9MHR1 | 1 | 1B145 |
| Lenovo Think Pad | 4404320 | 1 | 1B144 |
| Technical Drawings | | 1 | 1B143 |
| Shuttle, Mini Computer Tower (Model S113G) | SG31G200R0902F01490 | 1 | 1B140 |
| Shuttle, Mini Computer Tower (Model S1136) | SG31G200R0902F01525 | 1 | 1B139 |
| Computer Tower | | 1 | 1B138 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B137 |
| Computer Tower with Aventura Technologies Logo | 1801004399 | 1 | 1B136 |
| Computer Tower with Aventura Technologies Logo | 1801004597 | 1 | 1B135 |
| Computer Tower with Aventura Technologies Logo | 180105114 | 1 | 1B134 |
| Computer Tower | 40018501689 | 1 | 1B133 |
| Computer Tower with Aventura Technologies Logo | 1801003265 | 1 | 1B132 |
| Computer Tower with Aventura Technologies Logo | 40018501293 | 1 | 1B131 |
| Computer Tower | | 1 | 1B130 |
| Server Aventura Technologies | 1801005144 | 1 | 1B129 |
| Server Aventura Technologies | 1801002723 | 1 | 1B128 |
| Server Aventura Technologies with Label "Radar Server" | 1801004213 | 1 | 1B127 |
| Server Aventura Vantage Biulf Machine | | 1 | 1B126 |
| Server Aventura Technologies | 1801005002 | 1 | 1B125 |
| Server Aventura Technologies 48 Svn, Kvm06 | | 1 | 1B124 |
| Server | | 1 | 1B123 |
| Server | 1921686104 | 1 | 1B122 |
| Server Aventura Technologies, Kvm12 Plex | | 1 | 1B121 |
| Server Aventura Technologies | 4001850147 | 1 | 1B120 |
| Server Aventura Technologies, Netsupport Kvm09 | | 1 | 1B119 |
| Server Aventura Technologies | 1801002722 | 1 | 1B118 |
| Server | | 1 | 1B117 |
| Computer Tower with Aventura Technologies Logo | 1801004733 | 1 | 1B116 |
| Computer Tower with Aventura Technologies Logo | 1801002933 | 1 | 1B115 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B114 |
| Computer Tower with Aventura Technologies Logo | 40018502576 | 1 | 1B113 |
| Computer Tower with Aventura Technologies Logo | 1801005066 | 1 | 1B112 |
| Computer Tower with Aventura Technologies Logo | 40018502586 | 1 | 1B111 |
| Computer Tower | | 1 | 1B110 |
| Computer Tower with Aventura Technologies Logo | 40018502219 | 1 | 1B109 |
| Computer Tower with Aventura Technologies Logo | 1801002795 | 1 | 1B108 |
| Hard Drive with Aventura Logo | 1801003270 | 1 | 1B107 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B106 |
| Computer Tower with Aventura Technologies Logo | | 1 | 1B105 |
| Dell Laptop | 1MKQRP1 | 1 | 1B104 |
| Lenovo Laptop | CB11057251 | 1 | 1B103 |
| Dell Laptop | 6SM6HJ1 | 1 | 1B102 |
| Dell Laptop | H0BX7L1 | 1 | 1B101 |
| Toshiba Laptop | 595071120 | 1 | 1B100 |
| Continental Access Thumb Drive | | 1 | 1B95 |
| Thumb Drive | | 1 | 1B94 |
| Thumb Drive | | 1 | 1B93 |
| Thumb Drive With Label "Www.Advancis.Net" | | 1 | 1B92 |
| Thumb Drive | | 1 | 1B91 |
| Thumb Drive | | 1 | 1B90 |
| Thumb Drive - Safe Net | | 1 | 1B89 |
| Thumb Drive Dt101 G2 8GB | | 1 | 1B88 |
| Two 64 GB Sandisk Drives In Package Label Aventura : Noel Combo | | 2 | 1B87 |
| Adata " C802" Black Thumb Drive | | 1 | 1B86 |
| Aventura 2GB Thumb Drive | | 1 | 1B85 |
| Red Dt 101 Thumb Drive - 8GB | | 1 | 1B84 |

| Item | Serial | Qty | Tag |
|---|---|---|---|
| Reactor 1Tb Drive | | 1 | 1B83 |
| Black Aventura Thumb Drive - 2GB | | 1 | 1B82 |
| One Sct Sd Card - 64 GB | | 1 | 1B81 |
| Sandisk Cruzer Glide Thumb Drive - 32 GB | | 1 | 1B80 |
| Sandisk Cruzer Glide Thumb Drive - 32 GB | | 1 | 1B79 |
| Aventura Thumb Drive | | 1 | 1B78 |
| Thumb Drives In Plastic Bag Labeled " Aventura " - 64GB | | 3 | 1B77 |
| Wd Hard Drive Labeled " Nvc Image" - 750 GB | WXF1EAY1Z9DP | 1 | 1B76 |
| Vuwal+ Thumb Drive | | 1 | 1B75 |
| Box Containing Aventura Thumb Drive | | 1 | 1B74 |
| Black Sandisk Micro Sd | | 1 | 1B73 |
| Verizon WIReless Vodafone Sim Card | | 1 | 1B72 |
| Thumb Drive Black Labeled " Connor" Adata S102 | | 1 | 1B71 |
| Black Sandisk Micro Sd | | 1 | 1B70 |
| Black Thumb Drive (Adata S102 - 16 GB ) Labeled "Connor" | | 1 | 1B69 |
| Red Thumb Drive (Dt101 G2) | | 1 | 1B68 |
| Thumb Drive (Adata S102 - 16 GB) | | 1 | 1B67 |
| 46 Aventura Thumb Drives | | 1 | 1B66 |
| Development Proposals CD | | 1 | 1B65 |
| Dell Laptop Computer and Power Cord | | 1 | 1B54 |
| Custom Desktop with Aventura Logo | | 1 | 1B53 |
| Thumb Drive | | 1 | 1B52 |
| 64GB-San Disk Cruzer Thumb Drive | | 1 | 1B51 |
| 2GB Aventura Thumb Drive | | 1 | 1B50 |
| Aventura Thumb Drive | | 1 | 1B49 |
| Aventura Thumb Drive | | 1 | 1B48 |
| 16 GB San Disk Cruzer Thumb Drive | | 1 | 1B47 |
| Aventura Thumb Drive | | 1 | 1B46 |
| iPhone With Clear Plastic Case | F17W1Wtpjcl7 | 1 | 1B45 |
| Hikvision Device | | 1 | 1B44 |
| Apple AIR (Model A1521) | C86Q8ON5FJIR | 1 | 1B40 |
| iPad (Model A1475) | DMPLN4ZWF4J | 1 | 1B36 |
| Net-Gear Router (Model Number Wn2500Rp) | 3251287503A4C | 1 | 1B35 |
| White/Silver IPhone (Model Number A1549) and Pink IPhone Case | 359232069961973 | 1 | 1B32 |
| Silver iPad In Silver Black Case, Model A1709 | DMPVR702HPDV | 1 | 1B31 |
| White IPhone (Model A1533) | 357989054500411 | 1 | 1B30 |
| Credit Cards | | 5 | 1B28 |
| Credit Cards | | 2 | 1B27 |
| Gift Cards In The Amount Of 500.00 US Dollars. | | 1 heat-sealed bag | 1B26 |
| Savings Bonds In The Amount Of $8,450 US Dollars | | 1 heat-sealed bag | 1B25 |
| $820 US Dollars | | 1 heat-sealed bag | 1B24 |
| $23,141.00 In Cash: $ 100.00 X 217 , $50.00 X 22, $20.00 X 6, $10.00 X 4, $5.00 X 19, $1.00 X 86 | | 1 heat-sealed bag | 1B23 |
| Discs | | 16 | 1B22 |
| Fisher Optical Media Converter | 1202061107/1202061110 | 2 | 1B15 |
| CDs | | 61 | 1B14 |
| 2Mp Vari-Focal Ballet | 20180401010762 | 1 | 1B13 |
| Seagate 1Tb Sata Hardrive Labeled "3Tb 2Pcs Wds Os Drive" | Z1W5N0BN | 1 | 1B10 |
| CDs | | 13 | 1B9 |
| Pink IPad With Black Case (Model A1674) | DMPRL1GQH259 | 1 | 1B8 |
| Dell InspiRon Laptop (Model P30E) and Power Adapter | | 1 | 1B7 |
| Dell Studio Xps Laptop (Model 1645) and Power Adapter | 3NVMRN1 | 1 | 1B6 |
| Custom Desktop (Xpc Logo) and 2 Power Adapters | SD30G200R0804F02152 | 1 | 1B5 |
| Netgear Router | | 1 | 1B3 |
| Apple IPhone (Model Number A1965) | 356720081470075 | | 1B1 |
| 8 Ch H.264 DVR 1hdd (Model Number Dhe-08-04IP) | | 20 boxes | 31580210760840-1 |
| 16 Ch PoE Eco Nvr 1Hdd (Model Number Dhn-16E-) | | 3 boxes | 31580210760840-1 |
| 8 Ch PoE (Model Number Dhn-08E) | | 29 | 31580210760840-2 |
| 4 Ch PoE Ports (Model Number Dhn-04E) | | 30 | 31580210760840-2 |
| 4 Ch PoE Ports (Model Number Dhn-04P) | | 19 | 31580210760840-2 |

| Product | Quantity | Code |
|---|---|---|
| 4 Ch 4Xhd + 2 XIP (Model Number Dhn-021P) | 18 | 31580210760840-2 |
| 8 Ch 8Xhd + 4 XIP (Model Number Dhe-08-04IP) | 17 | 31580210760840-2 |
| 16 Ch H.264 DVR lhdd (Model Number Dhe-16-08IP) | 1 | 31580210760840-2 |
| 8 Ch PoE (Model Number Dhn-08P) | 19 | 31580210760840-3 |
| 8 Ch PoE (Model Number Dhn-08F) | 1 | 31580210760840-3 |
| 16 Ch PoE Eco Nvr 1Hdd (Model Number Dhn-16E-) | 30 | 31580210760840-3 |
| 16 Ch PoE Eco Nvr 1Hdd (Model Number Dhe-16-08IP) | 3 | 31580210760840-3 |
| DVR (Model Number 2N-Tvr-611) | 10 | 31580210760840-3 |
| CCTV WIRing Solutions (Model Number Vld-Dpv016 IPt) | 5 | 31580210760840-3 |
| DVR (Model Number Dhe-04-Ent) | 40 | 31580210760840-3 |
| Network Video Recorder (Model Number Dhn-04H) | 89 | 31580210760840-3 |
| 3Mp Mini Bullet IR Camera (Model Number Cam-IPe-3B-3F-IR) | 242 | 31580210760840-4 |
| 3Mp Starlight Motorized Vari-Focal Bullet 2.8-12Mm | 60 | 31580210760840-4 |
| 2Mp Vp Mini Dome IR Camera (Model Number Cam-IPs-2D-3F-IRvp) | 19 | 31580210760840-4 |
| 2Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-2D-3F-IRvp) | 1 | 31580210760840-4 |
| 5Mp Vp Dome IR Camera (Model Number Cam-IPe-5Dl31Bm-IRvp) | 8 | 31580210760840-4 |
| 5 Mp Vandal Dome Motorized 2.8-12Mm (Model Number Cam-IPr-5D-212M-IRvp) | 180 | 31580210760840-5 |
| 4 Ch (Model Number Dhe-04-02IP) | 30 | 31580210760840-6 |
| Network Camera (Model Number Cam-Ptz-Hs-Ntscb) | 36 | 31580210760840-7 |
| Network Camera (Model Number Cam-IPs-1B-212V-IR) | 234 | 31580210760840-8 |
| Network Camera (Model Number Cam-A2B-36IR) | 96 | 31580210760840-9 |
| PoE Switch (Model Number Dhn-08E) | 25 | 31580210760840-10 |
| PoE Switch (Model Number Dhn-08P) | 10 | 31580210760840-10 |
| PoE Switch (Model Number Dhn 04E) | 50 | 31580210760840-10 |
| PoE Switch (Model Number Dhn-04P) | 10 | 31580210760840-10 |
| PoE Switch (Model Number Dhe-04P-02IP) | 25 | 31580210760840-10 |
| Hirsch Identiv MX Controller (Model Number Mx8M3) | 4 | 31580210760840-11 |
| Network DVR (Model Number Dht-16) | 3 | 31580210760840-11 |
| Network DVR Multifunction (Model Number Dhe-Ahd-16) | 4 | 31580210760840-11 |
| Product with Model Number Mb-9 | 20 | 31580210760840-11 |
| Electrical Box (Model Number Psc-2432Ac ) | 5 | 31580210760840-11 |
| License Plate Recognition (Model Number Cam-IPm-2X-Uld-14Hs) | 1 | 31580210760840-11 |
| Aventura Literature (Model Number 486An2815568) | 1 | 31580210760840-11 |
| Aventura Literature (Model Number 486-A-Ny-2815568) | 1 | 31580210760840-11 |
| Hikvision Network Camera (Model Number Ds-2CD-4626Fwd-Iz) | 1 | 31580210760840-11 |
| Hikvision IR Speed Dome (Model Number Ds-2Af-8223Sl-Aw) | 1 | 31580210760840-11 |
| Monoprice (Model Number 31597) | 1 | 31580210760840-11 |
| Body Worn Camera (Model Number 6Pc-R2-00058) | 25 | 31580210760840-11 |
| 16 Ch Data Code Distributer (Model Number Vid-Cou-16) | 5 | 31580210760840-11 |
| Hirsch Identiv (Model Number 1290808403965 12000) | 1 | 31580210760840-11 |
| 2Mp Ahd Vandal Dome Manual (Model Number Cam-Ahy-2D-212V-IRvp) | 168 | 31580210760840-12 |
| Network DVR (Model Number Dmb-08R) | 1 box | 31580210760840-13 |
| Network DVR (250GB) (Model Number Dmb-04Rn) | 1 box | 31580210760840-13 |
| Network DVR (Model Number Dmb-04Ra) | 1 box | 31580210760840-13 |
| Network DVR (Model Number NDVR-08044) | 4 boxes, 13 per b | 31580210760840-13 |
| Network DVR (Model Number Vld Dvb) | 6 Boxes | 31580210760840-13 |
| Intelligence Camera (Model Number Shr-Lv400) | 1 | 31580210760840-13 |
| Surveillance Camera (Model Number Surveilance Camera With Power Box) | 1 | 31580210760840-13 |
| Network DVR (Model Number Dmb-08Ra) | 5 boxes | 31580210760840-13 |
| Network DVR (Model Number Dmb-16Ra) | 1 Box | 31580210760840-13 |
| Network DVR (Model Number Dmb-04S) | 1 box | 31580210760840-13 |
| Network DVR (Model Number Ds-8104Hmi-B1) | 1 box | 31580210760840-13 |

| Item | | Quantity | Reference |
|---|---|---|---|
| Camera Bracket In Box (Model Number Camera Bracket) | | 1 box | 31580210760840-13 |
| Network DVR (Model Number Vd2B) | | 7 Boxes | 31580210760840-13 |
| Hikvision (Model Number Camera Bracket) | | 1 box | 31580210760840-13 |
| Network DVR (Model Number Ds-720Hvi-St) | | 1 Box | 31580210760840-13 |
| Five Megapixel Minibullet (Model Number Cam-Ahy-5B-3FIR) | | 2 | 31580210760840-13 |
| Network DVR (Model Number Dht-16) | | 6 | 31580210760840-13 |
| Network DVR (Model Number Cam-Ptz-IP-Ntsc) | | 1 | 31580210760840-13 |
| Automation Boards (Model Number Farec3) | | 39 | 31580210760840-13 |
| PTZ Camera (Model Number Cam-IPy-3Zdn) | | 5 boxes | 31580210760840-14 |
| Network DVR (Model Number Ds 7208Hvi-St) | | 1 | 31580210760840-14 |
| Mini Bullet 3.6Mm (16 Per Box) (Model Number Cam-Ahy-5B3FIR-B3) | | 2 | 31580210760840-14 |
| 5Mp Ahd Turret Dome (Model Number Cam-Ahy-50-3F-IRvp) | | 4 | 31580210760840-14 |
| Speed Dome Camera (Model Number Cam-52 36X WmIRp) | | 6 | 31580210760840-14 |
| Speed Dome Camera (Model Number Cam-IPm-2Z-30X-IP) | | 1 | 31580210760840-14 |
| Speed Dome Camera (Model Number Cam-IPm-1Z-18X-Dn) | | 4 | 31580210760840-14 |
| Speed Dome Camera (Model Number Cam-IPm-I2-30X-Dn) | | 2 | 31580210760840-14 |
| 2Mp Ahd Mini Bullet (Model Number Cam-Ahy-2B-3F-IR) | | 16 | 31580210760840-14 |
| PoE Switch (Model Number Ith-24P-100) | | 4 | 31580210760840-14 |
| High Speed Network PTZ Camera (Model Number Cam-IPd-8Z-36X-IRI) | | 12 | 31580210760840-15 |
| Camera (24 Pcs/Box) (Model Number Cam-IPe-2B-3F-IR) | | 6 | 31580210760840-15 |
| Dvd Housing (Model Number Dvd Housing) | | 5 | 31580210760840-15 |
| Speed Dome Camera (Model Number Cam-IPm-2-Zw-30X-Dn) | | 2 | 31580210760840-15 |
| Network Camera (Model Number Cam-IPe-2C-03Mm-Tl) | | 6 | 31580210760840-15 |
| Network Camera (Model Number Cam-IPe-2C-03Mm-Ls) | | 4 | 31580210760840-15 |
| Video Cords (Model Number Vid-Vb2) | | 1280 | 31580210760840-15 |
| 1 Ch Video B2Lun (Model Number Vid-Vb2) | | 3 | 31580210760840-15 |
| Cam IPd Serice PTZ Camera (Model Number Com Ptz-IP-Ntsc) | | 1 | 31580210760840-15 |
| Cam Vandal Proof Dome Camera (Model Number Gs-07F-0391V) | | 1 | 31580210760840-15 |
| Camera W Cord (Model Number 630511116117) | | 1 | 31580210760840-15 |
| 180 Adam (Model Number 8649 4603 9959) | | 1 | 31580210760840-15 |
| DVR (Model Number Dht-16) | | 6 | 31580210760840-15 |
| Speed Dome Camera (Model Number Cam-IPm-Iz-18X-Dn) | | 1 | 31580210760840-15 |
| E10015 (Model Number Vid-PviliPtt) | | 1 | 31580210760840-15 |
| Aventura Usa (Model Number Vid-012Nrt1) | | 2 | 31580210760840-15 |
| A/V Input (Model Number 32A32V) | | 5 | 31580210760840-15 |
| Assy Top Level, PoE M6 (Model Number 700-0118-01-05) | | 28 | 31580210760840-15 |
| E10015 (Model Number Cpol-Bnc414X100) | | 1 | 315802107604840-16 |
| CCTV Video Equipment (Model Number Cam-Ptz-Hs-IR-N) | | 5 | 315802107604840-16 |
| Camera (12 Pieces Per Box) (Model Number Cam-IPe-3DI-212V-IRvp) | | 6 | 315802107604840-16 |
| Network Camera (Model Number Cam-IPm-3X-Dnp) | | 5 | 315802107604840-16 |
| IP Network Camera (Model Number Cam-IPm-3B-821R) | | 5 | 315802107604840-16 |
| Network Camera (24 Per Box) (Model Number Cam-IPe-2B-3F-IR) | | 6 | 315802107604840-16 |
| Server Rack (Model Number No Part Number) | | 5 | 315802107604840-16 |
| Network Camera (Model Number Cam-IPm-2Zw-36X-Dn) | | 2 | 315802107604840-16 |
| Network Camera (12 Per Box) (Model Number Cam-IPe-3DI-212V-IRvp) | | 6 | 315802107604840-16 |
| CCTV Video Equipment (Model Number Cam-Ptz-Hs-IR-N) | | 5 | 315802107604840-16 |

| Item | | Qty | Code |
|---|---|---|---|
| Network Camera (Model Number Cam-IPm-3X-Dnp) | | 5 | 3158021076040840-16 |
| Network Camera (Model Number Cam-IPm-3B-821IR) | | 5 | 3158021076040840-16 |
| 3.7Mm Camera (Model Number Cam-IPe-2C-03Mm TI) | | 6 | 3158021076040840-16 |
| Camera (12 Per Box, 1 Box With Only 2) (Model Number Cam-PIP-3Dl-212Z-IRvp) | | 30 | 315580210764840-17 |
| 2Mp Ahd Turret Dome 3.6Mm (Model Number Cam-Ahy-2B-3F-IRvp) | | 33 | 315580210764840-18 |
| Turret Dome 3.6Mm (16 Per Box) (Model Number Cam-IPr-2T-3F-IR) | | 6 | 315580210764840-18 |
| Turret Dome 3.6Mm (16 Per Box) (Model Number Cam-Ahy-2B-3F-IR) | | 1 | 315580210764840-18 |
| DVR (Model Number DVR-08-H264) | | 28 | 3158021076840-19 |
| DVR (Model Number DVR-04-H264) | | 14 | 3158021076840-19 |
| 2Mp Turret Dome 3.6Mm (Model Number Cam-IPr-21-3F-IRvp) | | 149 | 3158021076840-20 |
| Vari-Focal Bullet Motorized 5-50Mm (Model Number Cam-IPr-2B-550V-IR) | | 5 | 3158021076840-20 |
| IR Weatherproof (Model Number Cam-Ahd-2B-550V-IR) | | 2 | 3158021076840-20 |
| Hikvision IR Fixed Dome 2.8Mm (Model Number Ds2CD213F-1) | | 4 | 3158021076840-20 |
| Vandalproof IR Dome Camera (Model Number Cam-IPe-2Dl-212M-IRvp) | | 4 | 3158021076840-20 |
| Dome Camera 5-15Mm (Model Number Cam-7Z-3X-IR) | | 5 | 3158021076840-20 |
| IR Network Camera (Model Number Cam-IPm-3B-041R) | | 6 | 3158021076840-20 |
| Network Camera (Model Number Cam-IPm-2D3-Vp) | | 2 | 3158021076840-20 |
| IR Camera 3.6Mm (Model Number Cam-5B-36-IR) | | 4 | 3158021076840-20 |
| Bullet IR Color Camera (Model Number Cam-6B-65-IR) | | 3 | 3158021076840-20 |
| N/A (Model Number Cam-6B-36-IR) | | 5 | 3158021076840-20 |
| N/A (Model Number Cam-7X-Wdrp) | | 2 | 3158021076840-20 |
| Vandal Proof IR Dome (Model Number Cam-2Npd-21-IRvp) | | 3 | 3158021076840-20 |
| PoE Network Camera (Model Number Cam-IPm-2D3-Vp) | | 1 | 3158021076840-20 |
| IR Network Camera (Model Number Cam-IPm-1B04-IR) | | 7 | 3158021076840-20 |
| 2Mp Ahd Turret Dome 3.6Mm (Model Number Cam-Ahy-2D-3F-IRvp) | | 6 | 3158021076840-20 |
| 3Mp Mini Bullet IR Camera (Model Number Cam-IPe-3B-3F-IR) | | 1 | 3158021076840-20 |
| Vp Mini Dome IR Camera (Model Number Cam-IPe-1D-3F-IRvp) | | 54 | 3158021076840-20 |
| IR Weatherproof (Model Number Cam-A960-700B-3Fzr) | | 17 | 3158021076840-20 |
| VpIP (Model Number Cam-6D-21Dn) | | 5 | 3158021076840-20 |
| Ntsc (Model Number Cam-6D-21Dn) | | 5 | 3158021076840-20 |
| 2Mp Vp Mini Dome IR Camera (Model Number Cam-IPs-2D-212V-IRvp) | | 19 | 3158021076840-20 |
| 2Mm Bullet IR Cam (Model Number Cam-IPe-2B-212M-IR) | | 13 | 3158021076840-20 |
| Bullet IR Color Camera (Model Number Cam-8B-651R-Wdrh) | | 3 | 3158021076840-20 |
| Bullet IR Camera (Model Number Cam-IPe-5B-310V-IR) | | 2 | 3158021076840-20 |
| 6 Inch 2Mp PTZ Camera 22X Zoom (Model Number Cam-IPr-2Z22X-IR) | | 9 | 3158021076840-21 |
| Vandalproof IR Dome Camera (Model Number Cam-Ahd-2D-3F-IRvp) | | 55 | 3158021076840-21 |
| 2Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-2D-2F-IRvp) | | 19 | 3158021076840-21 |
| Box Camera (Model Number Cam-A960-700Xw) | | 5 | 3158021076840-21 |
| Box Camera (Model Number Cam-A960-700X) | | 38 | 3158021076840-21 |
| IR Weatherproof Camera (Model Number Cam-Ahd-2B-6F-IR) | | 12 | 3158021076840-21 |
| 1.3Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-1D-6F-IRvp) | | 19 | 3158021076840-21 |
| 1.3Mp Box Camera (Model Number Cam-IPe-1X) | | 21 | 3158021076840-21 |

| Item | Qty | Code |
|---|---|---|
| 2Mp Ahd Turret Dome 3.6Mm (Model Number Cam-Ahy-2D-3F-IRvp) | 47 | 3158021076840-21 |
| 3Mp Vp Dome IR Camera (Model Number Cam-IPe-3D-212V-IPvpm) | 3 | 3158021076840-21 |
| 360 Fisheye Dome 9Mp (Model Number Cam-IPr-8Dfp) | 8 | 3158021076840-21 |
| IR Weatherproof Camera (Model Number Cam-Ahd-2B-6F-It) | 6 | 3158021076840-21 |
| 5Mp Vp Dome IR Camera (Model Number Cam-IPe-5D-212V-IRvp) | 2 | 3158021076840-21 |
| 4Mp Mini Dome 3.6Mm (Model Number Cam-IPr-4D-3F-IRvp) | 2 | 3158021076840-21 |
| Outdoor Network PTZ Dome Camera (Model Number IPc68525R-X44U-Nb) | 1 | 3158021076840-21 |
| IP Camera (Model Number Cam-IPm-22-44X-IR) | 3 | 3158021076840-22 |
| Speed Dome Camera (Model Number Cam-IPm-1Za-20X-IR) | 5 | 3158021076840-22 |
| Speed Dome Camera (Model Number Cam-IPm-3Zw-36X-IR) | 1 | 3158021076840-22 |
| 8/16 Channel DVR (Model Number Dvdr-16-H264) | 7 | 3158021076840-22 |
| 8/16 Channel DVR (Model Number DVR-04-H264) | 14 | 3158021076840-22 |
| High Speed Network PTZ Camera (Model Number Cam-IPd-8Z-36X-IRI) | 15 | 3158021076840-23 |
| High Speed Network PTZ Camera (Model Number Cam-IPd-3Z-36X-IRI) | 13 | 3158021076840-23 |
| Network Camera (12 Pieces Per Box) (Model Number Cam-IPe-3D-212V-IPvpm) | 5 boxes | 3158021076840-23 |
| Network PTZ Camera (Model Number 721R2Sd-K5) | 18 | 3158021076840-24 |
| 4 Ch H.264 DVR 1Hdd (Model Number Dhe-04-02IP) | 10 | 3158021076840-24 |
| 16 Ch H.264 DVR Ihdd (Model Number Dhe-16-08IP (05757)) | 12 | 3158021076840-24 |
| 16 Ch H.264 DVR Ihdd (Model Number Dhe-16-08IP (05764)) | 1 | 3158021076840-24 |
| 8 Ch H.264 DVR Ihdd (Model Number Dhe-08P-04IP) | 1 | 3158021076840-24 |
| 2Mp Ahd Bullet Manual 2.8-12Mm (Model Number Cam-Ahy-2B-212V-IR) | 89 | 3158021076840-25 |
| IR Weatherproof Camera (Model Number Cam-A960-700B-212V-IR) | 43 | 3158021076840-25 |
| 5Mp Small Bullet 3.6Mm (Model Number Cam-IPr-5B-3F-IR) | 141 | 3158021076840-25 |
| Vandal Proof Mini PTZ Speed Dome Camera (Model Number Cam-6Z-10Xp) | 5 | 3158021076840-26 |
| 850Nm10 (Model Number Cam-IR-150) | 9 | 3158021076840-26 |
| Vandal Proof Mini Ptz Speed Dome Camera (Model Number Cam-6Z-10Xp) | 3 | 3158021076840-26 |
| IP Network Camera (Model Number Cam-IPm-2B5-21IR) | 7 | 3158021076840-26 |
| Vandal Resistant Dome Camera (Model Number Cam-8D-36IR-Wdrp) | 5 | 3158021076840-26 |
| Vandal Resistant Dome Camera (Model Number Cam-5D-24Dn-Vp) | 5 | 3158021076840-26 |
| Weatherproof IR Camera (Model Number Cam-6B-36-IRp) | 5 | 3158021076840-26 |
| IR Weatherproof Camera (Model Number Cam-Ahd-2B-622V-IR) | 10 | 3158021076840-26 |
| 4Mp Small Bullet 3.6Mm (Model Number Cam-IPr-4B-3F-IR) | 215 | 3158021076840-26 |
| 2Mp Ahd Bullet Manual 2.8-12Mm (Model Number Cam-Ahy-2B-212-IR) | 5 boxes | 3158021076840-26 |
| Weatherproof IR Camera (Model Number Cam-7B-21IR-Wdrp) | 4 | 3158021076840-26 |
| Vandal Resistant Dome Camera (Model Number Cam-6D-21Dn-Vpl) | 10 | 3158021076840-26 |
| Vandal Proof IR Dome (Model Number Cam-6D-36IR-Eb) | 5 | 3158021076840-26 |
| Network Camera (Model Number Cam-IPm-2D3-Vp) | 2 | 3158021076840-27 |

| Item | Qty | Code |
|---|---|---|
| Network Digital Video Recorder (Model Number Dhe-08-08IP-Hyb) | 2 | 3158021076840-27 |
| Network Digital Video Recorder (Model Number Dnr04-H24-264) | 8 | 3158021076840-27 |
| DVR (Model Number Dhe-Ahe-16) | 4 | 3158021076840-27 |
| Network Video Recorder (Model Number Dhn-08-H) | 13 | 3158021076840-27 |
| Network Video Server (Model Number Ds-6301-Di) | 3 | 3158021076840-27 |
| Ahd DVR (Model Number Dhe-Ahd-16) | 1 | 3158021076840-27 |
| DVR (Model Number Dhe-Ahd-16) | 3 | 3158021076840-27 |
| DVR (Model Number Ds-6508-Hfi-Sata) | 1 | 3158021076840-27 |
| DVR (Model Number Dhe-16C-If) | 2 | 3158021076840-27 |
| Network Camera (Model Number 230310086081) | 1 | 3158021076840-27 |
| HIRsch Idetiv (Model Number Mx4M3) | 2 | 3158021076840-27 |
| HIRsch Idetiv (Model Number Mx2M3) | 4 | 3158021076840-27 |
| All In 1 Hybrid Video Recorder (Model Number Ahr04) | 3 | 3158021076840-27 |
| CCTV WIRing Solutions (Model Number Vid-T016Ps) | 4 | 3158021076840-27 |
| IR Weatherproof Camera (Model Number Cam-Ahd-2B-3F-IR) | 51 | 3158021076840-28 |
| Body Worn Camera (Model Number Gdc-R2) | 23 | 3158021076840-28 |
| Body Worn Camera (Model Number Bwc-X4) | 12 | 3158021076840-28 |
| Vandalproof IR Dome Camera (Model Number Cam-7D-21Vp-Wdrp) | 5 | 3158021076840-28 |
| Box In One Camera (Model Number Cam-7X-Wdrp) | 3 | 3158021076840-28 |
| Vandalproof IR Dome Camera (Model Number Cam-2Mpd-21-IRvp) | 2 | 3158021076840-28 |
| Bullet Camera (Model Number Cam-8B-65IR-Wdrhp) | 5 | 3158021076840-28 |
| Network Camera (Model Number Cam-IPm-1X-Dnp) | 1 | 3158021076840-28 |
| Network Camera (Model Number Cam-IPm-5X-Dnp) | 1 | 3158021076840-28 |
| Network Camera (Model Number Cam-IR-150) | 1 | 3158021076840-28 |
| Bullet IR Color Camera (Model Number Cam-6B-65IR) | 1 | 3158021076840-28 |
| White Box Mailed From Oh Aventura Tech Inc (Model Number 1801004591) | 1 | 3158021076840-28 |
| Weatherproof IR Camera (Model Number Cam-7B-21IR-Wdrp) | 3 | 3158021076840-28 |
| Vandal Proof IR Dome (Model Number Cam-6D-36Dn-Vpp) | 5 | 3158021076840-28 |
| Weatherproof IR Camera (Model Number Cam-21B-49IR) | 5 | 3158021076840-28 |
| Vandalproof IR Dome Camera (Model Number Cam-8B-65Dn-Wdrhp) | 3 | 3158021076840-28 |
| IR Bullet Camera (Model Number Cam-8B-21IR-Wdrhp) | 5 | 3158021076840-28 |
| Network Camera (Model Number IPm-13D-29Vpc) | 1 | 3158021076840-28 |
| Network Camera (Model Number Cam-IPm-2X5-Dnp) | 1 | 3158021076840-28 |
| Network Camera (Model Number Cam-IP-5X-Wdr) | 5 | 3158021076840-28 |
| IR Network Camera (Model Number Cam-IPm-1Md-IRvp) | 5 | 3158021076840-28 |
| Vandalproof IR Dome Camera (Model Number Cam-7D-21IR-Wdrp) | 5 | 3158021076840-28 |
| Vandalproof Mini PTZ Camera (Model Number Cam-4Z-10X) | 1 | 3158021076840-28 |
| Vandal Proof Dome Camera (Model Number Cam-8D-65Dn-Wdrh) | 8 | 3158021076840-28 |
| IR Network Camera (Model Number Cam-IPm-2D5-2IP-IRvp) | 7 | 3158021076840-28 |
| IR Color Corner Mount Camera (Model Number Cam-5C-30IR-Ev) | 5 | 3158021076840-28 |
| Side View Camera (Model Number Cam-8M-36Dn-Mbl) | 5 | 3158021076840-28 |
| Box In One Camera (Model Number Cam-7X-Wdrp) | 5 | 3158021076840-28 |
| Plastic Dome Camera (Model Number Cam-4D-38Dn) | 5 | 3158021076840-28 |
| Speed Dome Camera (Model Number Cam-IPm-1Z-20X-IR) | 1 | 3158021076840-28 |
| Speed Dome Camera (Model Number Cam-IPm-8Za-36X-IR) | 1 | 3158021076840-28 |
| Alarm Box (Model Number Vid_Alarm-8Ch-Com) | 5 | 3158021076840-28 |
| Network Camera (Model Number Cam-IPm-13X-Dnpc) | 11 | 3158021076840-28 |

| Item | | Qty | Ref |
|---|---|---|---|
| IR Camera Housing (Model Number Cam-Hs-IRl-100) | | 32 | 3158021076840-29 |
| 8Mp Vari-Focal Bullet Motorized 3.3-12Mm (Model Number Cam-IPr-8B-212M-IR) | | 60 | 3158021076840-29 |
| 5 Mp Ahd Vandal Dome Manual 2.8 12Mm (Model Number Cam-Ahy-5D-212V-IRvp) | | 30 | 3158021076840-30 |
| 6 Mp Vp Dome IR Camera (Model Number Cam-IPe-5D-310V-IRvp) | | 17 | |
| 2 Mp Mini Dome 3.6 Mm (Model Number Cam-IPr-2D-3F-IRvp) | | 18 | |
| 1.3 Mp Mini Bullet IR Camera (Model Number Cam-IPe-1B-3F-IR) | | 72 | |
| 360* Fisheye Dome 5 Mp 1.1 Mm Lens (Model Number Cam-IPr-5D-Fp) | | 41 | |
| 2 Mp Vp Dome IR Camera (Model Number Cam-IPe-2D-622V-IRvp) | | 15 | |
| 2.0 Mp Vp Mini Dome IR Camera (Model Number Cam-IPs-2B-212V-IR) | | 17 | |
| 1.3 Mp Bullet IR Camera (Model Number Cam-IPs-1B-212V-IR) | | 6 | |
| Vandalproof IR Dome Camera (Model Number Cam-Ahd-2D-212V-IRvp) | | 10 | |
| 2 Mp Bullet IR Camera (Model Number Cam-IPe-2B-622M-IR) | | 2 | |
| 2 Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-2D-3F-IRvp) | | 47 | |
| Vandalproof IR Dome Camera (Model Number Cam-A960-700D-212V-IRvp) | | 1 | |
| 5 Mp Small Bullet 3.6 Mm (Model Number Cam-IPr-5B-3F-IR) | | 1 | |
| 3 Mp Mini Bullet IR Camera (Model Number Cam-IPe-3B-3F-IR) | | 1 | |
| 5 Mp Box Camera (Model Number Cam-IPr-5X) | | 1 | |
| 4K Box Camera (Model Number Cam-IPe-6X) | | 1 | |
| 4 Mp Mini Dome 3.6 Mm (Model Number Cam-IPr-4D-3F-IRvp) | | 1 | |
| 3.0 Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-3D-6F-IRvp) | | 1 | |
| 1.3 Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-1D-6F-IRvp) | | 1 | |
| 2 Mp Vp Dome IR Camera (Model Number Cam-IPe-2D-212V-IRvp) | | 1 | |
| 2 Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-2D-3F-IRvp) | | 2 | |
| IR Weatherproof Camera (Model Number Cam-Ahd-2B-3F-IR) | | 1 | |
| 2 Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-2D-3F-IRvp) | | 1 | |
| 2 Mp Vp Mini Dome IR Camera (Model Number Cam-IPe-2D-2F-IRvp) | | 1 | |
| 3Mp IR H.265 PTZ Camera (Model Number Cam-IPy-3Z-IR) | | 5 | 3158021076840-31 |
| 4 Mp Mini Dome 3.6 Mm (Model Number Cam-IPr-4D-3F-Ivrp) | | 168 | 3158021076840-32 |
| 5 Mp Box Camera (Model Number Cam-IPe-5X) | | 90 | 3158021076840-32 |
| 8 Mp-Vandal Dome Motorized 3.3-12Mm (Model Number Cam-IPr-8D-212M-IRvp) | | 73 | 3158021076840-33 |
| 2 Mp Box Camera (Model Number Cam-IPe-2X) | | 106 | 3158021076840-33 |
| 5 Mp Vari-Focal Bullet Motorized 2.8-12Mm (Model Number Cam-IPr-5B-212M-IR) | | 117 | 3158021076840-33 |
| 2 Mp Vandal Dome Manual 2.8-12Mm (Model Number Cam-IPr-2D-212V-IRvp) | | 102 | 3158021076840-34 |
| 3 Mp Box Camera (Model Number Cam-IPe-3X) | | 98 | 3158021076840-34 |

| Item | | Qty | Number |
|---|---|---|---|
| 5 Mp Vandel Dome Motorized (Model Number Cam-IPr-5D-212M-IRvp) | | 363 | 3158021076840-35 |
| 2Mp Starlite Bullet (Model Number Cam-IPr-2B-212M-IR) | | 21 | 3158021076840-36 |
| 5Mp Ahd Bullet Manual (Model Number Cam-Ahy-5B-212V-IR) | | 4 | 3158021076840-36 |
| 2Mp Vari Focal Bullet 2.8Mm 12Mm (Model Number Cam-IPr-2B-212V-IR) | | 12 | 3158021076840-36 |
| 2Mp Small Bullett 3.6Mm (Model Number Cam IPr-2B-3F IR) | | 153 | 3158021076840-36 |
| 2Mp Strarlight Bullett 2.6Mm (Model Number Cam-IPr-2B5-3F IR) | | 29 | 3158021076840-36 |
| 2Mp Ahd Mino Bullett 3.6 (Model Number Cam-Ahy-2B-3F-IR) | | 6 | 3158021076840-36 |
| Body Camera (Model Number Adventura Guardian) | | 69 | 3158021076840-36 |
| IR Dome Camera (Model Number Cam-A960-700D-212V-IRvp) | | 137 | 3158021076840-37 |
| 3Mp Vp Dome IR Camera (Model Number Cam-IPe-3D-212V-1Rvp) | | 116 | 3158021076840-37 |
| 360 Fisheye Dome 8Mp 2Mm Lens (Model Number Cam-IPr-8D-Fp) | | 85 | 3158021076840-37 |
| 2Mp Starlight Vandal Motorized (Model Number Cam-IPr-2D-212M-IRvp) | | 21 | 3158021076840-37 |
| 1.3Mp[ Vp Dome IR Camera (Model Number Cam-IPe-Id-212-IRvp) | | 18 | 3158021076840-37 |
| 360 Fisheye Dome 5Mp 1.1Mm Lens (Model Number Cam IPr) | | 1 | 3158021076840-37 |
| IR Camera (Model Number Cam 6B 65 IR) | | 1 | 3158021076840-37 |
| 2 Mp Vari-Focal Bullet 2.8-12Mm (Model Number Cam-IPe-2B-212V-IR) | | 280 | 31580210760840-55 |
| X-Ray Baggage Scanner W/ Accessories (#34-12) (Model Number 2401612011) | | 1 | 3158021076840-38 |
| Alarm Desk Console (Carton Number 34-15 ) | | 1 | 3158021076840-39 |
| Alarm Desk Console (Model Number 34-13) | | 1 | 3158021076840-40 |
| Pelican Box With Case Organizer, Uvis W/Manual, 2 Thumbdrives (Red/Purple) | | 1 | 3158021076840-41 |
| Portable Walk Through Detector (Model Number Md-Wt-Ptb-24) | | 1 | 3158021076840-42 |
| Portable Walk Through Detector (Model Number Md-Wt-Ptb-24) | | 1 | 3158021076840-43 |
| Cabinet Qc (Model Number Rac-42U-Cab-800) | | 1 | 3158021076840-44 |
| Cabinet Qc (Model Number Rac-42U-Cab-800) | | 1 | 3158021076840-45 |
| Cabinet Qc (Model Number Rac-42U-Cab-800) | | 1 | 3158021076840-46 |
| Cabinet Qc (Model Number Rac-42U-Cab-800) | | 1 | 3158021076840-47 |
| CCTV DVR (Model Number No Part Number) | | 1 | 3158021076840-48 |
| 16 Ch H.264 DVR Ihdd (Model Number Dhe-16-18IP) | | 20 | 3158021076840-48 |
| 8 Ch H.265 DVR 1Hdd (Model Number Dhe-08D-04IP) | | 1 | 3158021076840-49 |
| 16 Ch H.265 DVR 2Hdd (Model Number Dhe-16Pu8IP) | | 1 | 3158021076840-49 |
| PTZ Camera Network (Model Number 721K25D-Ks ) | | 18 | 3158021076840-49 |
| Adventura Outdoor Housing Heater Blower | | 5 | 3158021076840-49 |
| Cables (Model Number Cbl-Bnc414) | | 40 | 3158021076840-49 |
| IP Camera (Model Number Cam-IPm-22-44X-IR) | | 1 | 3158021076840-49 |
| Alarm Box (Model Number Vid Alarm016 Ch Com) | | 5 | 3158021076840-49 |
| IR Speed Dome (Model Number Cam-IPm-12-20X-IR) | | 1 | 3158021076840-49 |
| Network Camera (Model Number Ds-2CD2D14Wd) | | 1 | 3158021076840-49 |
| 5Mm IR Camera Lens (Model Number Cam-6Z-10Xp) | | 1 | 3158021076840-49 |
| Network Camera (Model Number Vid-Vbh-16P-RJ45) | | 5 | 3158021076840-49 |
| Network Camera (Model Number Vid-Vbh-16P) | | 5 | 3158021076840-49 |
| Network Camera (Model Number Cam Ptz-Kb-01M) | | 1 | 3158021076840-49 |
| Uvis, Not In A Box, Broken (Model Number No Part Number) | | 1 | 3158021076840-50 |
| 2.0 Mp Vp Mini Dome IR Camera (GSA Container) (Model Number Cam-IPs-2B-3F-IR) | | 18 | 3158021076840-51 |

| Item | Identifier | Qty | Serial |
|---|---|---|---|
| 2 Mp Mini Bullet IR Camera 3.6Mm (GSA Container) (Model Number Cam-IP-2B-3F-IR) | | 23 | 3158021076840-51 |
| Alarm Desk Console (#34-13) | | 1 | 3158021076840-52 |
| Single Turnstile (Model Number Trimble Crewlane) | | 1 | 3158021076840-53 |
| Double Turnstile (Model Number Trimble Crewlane) | | 1 | 3158021076840-54 |
| Conex Shipping Container | Tghu8560 60 | 1 | 33160193181308-1 |
| Conex Shipping Container | Gatu8592980/Gatu8592610 | 1 | 33160193181308-2 |
| Conex Shipping Container | 8787907 | 1 | 33160193181308-3 |
| Conex Shipping Container | Cihu 8528418 | 1 | 33160193181308-4 |