

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM/KCB
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2025

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Wayne Marino
                Criminal Docket No. 19-582 (JMA)

Dear Judge Azrack:

      The government respectfully submits this request to adjourn the defendant's sentencing, which is presently scheduled for April 22, 2025 at 2 p.m., until a date convenient for the Court after April 29, 2025. The defendant consents in this request. The parties also respectfully request to file sentencing memoranda in accordance with the Court's individual rules in advance of the newly-scheduled sentencing date.

                                          Respectfully submitted,

                                          JOHN J. DURHAM
                                          United States Attorney

                          By:          /s/
                                          Alexander F. Mindlin
                                          Kayla C. Bensing
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

cc:    Clerk of Court (by ECF) (JMA)
        All counsel of record (by ECF)