# EXHIBIT A

# Baltimore Ravens & Orioles Park



# DirecTV Custom Video Management Systems
## Over 3,000 Channels of Video



# Department of Justice Puerto Rico
## Over 1,000 Channels of Video



# HYATT CASINO



## WICHITA PUBLIC SCHOOL SYSTEMS

## Over 100 Buildings



# U.S. Bureau of Engraving & Printing



# TOWN OF HUNTINGTON

## Trailer For Monitoring High Crime Areas



# NYC DOT

**Safety Trailers**



# Trimble Custom Gate Entry Systems (Microsoft, Facebook, MLB, NFL)

