# EXHIBIT B







**Manufactured Video Management System**





Manufactured Video Management System



Warehouse of Chasis Day of Raid



**High Value Parts Cage**

**CPU**
**Motherboard**
**Hard Drives**
**Memory**

**Day of Raid**

Aventura Video Management Software

